# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BRYAN KEITH WILLIAMS** | : | **DOCKET NO. 2:09-767** |
| **VS.** | : | **JUDGE MELANÇON** |
| **JAMES LEBLANC, ET AL** | : | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly, it is

**ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** in Chambers at Lafayette, Louisiana, this 5th day of November, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE